```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39881
   WILLIAM J VISTEEN
   MARY L VISTEEN                           CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-7160    SSN XXX-XX-5920


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/27/04 and confirmed on 01/20/05.

   2.  The case was dismissed after confirmation, 05/08/2008.

   3.  The Debtor paid a total of $  21204.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00            .00           .00
US BANK                    SECURED VEHIC    15329.00        1836.62      15329.00
ECAST SETTLEMENT CORPORA   UNSECURED       11707.36            .00        194.29
BECKET & LEE LLP           UNSECURED        3850.19            .00         63.89
BECKET & LEE LLP           UNSECURED       12606.15            .00        209.20
RESURGENT CAPITAL SERVIC   UNSECURED        1083.13            .00         17.98
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED          .00           .00
B FIRST LLC                UNSECURED       10465.47            .00        173.67
ECAST SETTLEMENT CORPORA   UNSECURED        7687.05            .00        127.57
ECAST SETTLEMENT CORPORA   UNSECURED       10915.21            .00        181.13
CITIBANK NA                UNSECURED       NOT FILED          .00           .00
CITIBANK NA                UNSECURED       NOT FILED          .00           .00
DISCOVER BANK              UNSECURED       10552.84            .00        175.12
EXXON MOBILE               UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED       14526.63            .00        241.06
SEARS BKRUPTCY RCVRY MGM   UNSECURED       NOT FILED          .00           .00
         Summary of disbursements:
------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED     OTHER        TOTAL

TOTAL CLMS ALLOWED   15329.00       .00    83394.03        .00     98723.03
PRINCIPAL PAID       15329.00       .00     1383.91        .00     16712.91
INTEREST PAID         1836.62       .00         .00        .00      1836.62
TOTAL PAID           17165.62       .00     1383.91        .00     18549.53
The Debtor's attorney, BRADLEY COVEY               , was allowed $   2200.00
and was paid $   406.00  direct and $   1794.00  through the plan.

The Trustee received $    860.47 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE